Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-09-00765-CV

Paul M. **VON BECK-LUTES**,
Appellant

v.

Manfred **ARNING** and Gabriele Arning,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-00776
Honorable Michael Peden, Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed: April 21, 2010

DISMISSED FOR LACK OF JURISDICTION

On December 5, 2008, the trial court signed an Order of Dismissal for want of prosecution in favor of appellees. Almost ten months later, on October 12, 2009, appellant filed a Motion to Reinstate, alleging he was not aware of the dismissal order until September 24, 2009. This motion was denied on October 13, 2009. On November 12, 2009, appellant filed a Motion for Clarification and Reconsideration [of his motion to reinstate] and Alternatively, Plaintiff's Motion for New Trial."

This motion was denied on November 30, 2009.  Appellant filed a Notice of Appeal from these two denials on December 1, 2009.

Although appellant states in his notice of appeal that he is appealing the denial of his two motions, the only final judgment from which an appeal may be taken is the dismissal order signed by the trial court on December 5, 2008.  Because it appears that any appeal is not timely, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.  On March 29, 2010, appellant filed a response asking this court to retain the appeal rather than dismiss the appeal.  The request is DENIED and the appeal is DISMISSED for lack of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

PER CURIAM